W. J. Simer, administrator of the estate of Charles Simer, deceased, appellee, v. Earl J. Hults, appellant.

Replevin. Judgment for plaintiff. Appeal from the Circuit Court of Marion county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed November 1, 1918.

Noleman & Smith and Earl C. Huggins, for appellant. Kagy & Vandervort, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

Mary E. Hill, appellee, v. Prennie A. Gash et al., appellants.

Action of forcible detainer. Judgment for plaintiff. Appeal from the Circuit Court of Wayne county; the Hon. Charles H. Miller, Judge, presiding. Heard in this court at the March term, 1918. Reversed and remanded. Opinion filed November 1, 1918.

Boggs & Boggs, for appellants. Cooper & Burgess and Mills & Forth, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

Ben Clark, appellee, v. Cleveland, Cincinnati, Chicago & St. Louis Railway Company, appellant.

Action to recover for personal injuries caused by fall of timbers from passing freight train while plaintiff was on station platform. Judgment for plaintiff. Appeal from the Circuit Court of Saline county; the Hon. A. W. Lewis, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed November 1, 1918.

P. J. Kolb and W. F. Scott, for appellant; L. J. Hackney and Frank L. Littleton, of counsel. Gustin, Lightfoot & Gustin and Fowler & Rumsey, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

Maggie M. Becker, appellee, v. John L. Becker, appellant.

Bill for divorce on ground of extreme and repeated cruelty. Decree for complainant. Appeal from the Circuit Court of Fayette county; the Hon. James C. McBride, Judge, presiding. Heard in this court at the March term, 1918. Reversed and remanded. Opinion filed November 1, 1918. McBride, J., took no part in the hearing of this case.

Brown & Burnside and Le Forgee, Black & Samuels, for appellant. Albert & Albert, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

Christ Miofski et al., appellants, v. Ziso Dimitroff et al., appellees.

Bill to determine interest in land under a contract, and to have a deed declared a mortgage. Bill dismissed. Appeal from the Circuit Court of Madison county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the March term, 1918. Reversed and remanded. Opinion filed November 1, 1918.

Willis H. Clark and A. R. Johnson, for appellants. Warnock, Williamson & Burroughs, for appellees Bethmann, St. Louis Brewing Ass'n and Niemann.

Mr. Justice Higbee delivered the opinion of the court.